FOILES *v.* MICHIGAN COMMERCIAL INSURANCE CO.

Error to Houghton; Streeter, J. Submitted November 18, 1912. (Docket No. 81.) Decided June 2, 1913.

Assumpsit by Ella Foiles against the Michigan Commercial Insurance Company, on a policy of fire insurance. Judgment for plaintiff, and defendant brings error. Affirmed.

*Hanchette & Lawton (Harry E. Hooker,* of counsel), for appellant.

*Burritt & Burritt,* for appellee.

MOORE, J. This case involves the same principles that were involved in *Foiles* v. *Insurance Co.,* 175 Mich. 716 (141 N. W. 879), in which an opinion was handed down, and is controlled by it.

The judgment is affirmed.

STEERE, C. J., and MCALVAY, BROOKE, KUHN, STONE, OSTRANDER, and BIRD, JJ., concurred.